## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION      MDL NO. 1431 (MJD/SRN)

**ORDER**

This Document Relates to:

*Wayne Douglin, et al. v. Bayer Corp. et al.*      Case No. 03-6006
*(Plaintiff Willie Snowden only)*

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

    Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Willie Snowden (Doc. No. 21) is **GRANTED**;

2. Plaintiff Willie Snowden's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff must pay $266.60 to Bayer Corporation within 10 days of this Order.

Dated: September 17, 2007          s / Michael J. Davis
                                                         MICHAEL J. DAVIS
                                                         United States District Court Judge